**FILED**
CLERK, U.S. DISTRICT COURT
10/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_Vanessa Figueroa\_\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

KOURTNI NICOLE BEEBE, an individual,

  Plaintiff,

 vs.

NUTRIBULLET, L.L.C., a California Limited Liability Company, and DOES 1 through 10, inclusive,

  Defendants

Case No.: 2:17-cv-00828-DDP (GJSx)

**ORDER RE: STIPULATION OF DISMISSAL**

  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby, dismissed with prejudice to all claim, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated:  October 26, 2022          By:_____*[signature]*_____
                    DEAN D. PREGERSON, U.S. DISTRICT JUDGE